IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01615-REB-MEH

MARICRUZ SANCHEZ,

    Plaintiff,

v.

JOAN M. MILLER,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2015.**

    Before the Court is Defendant's Status Report Regarding Proposed Scheduling Order and Request for Clarification [filed September 30, 2015; docket #11], which the Court construes as a motion. The Motion is **granted in part** and **denied in part** as follows. The Court hereby **converts** the October 7, 2015 Scheduling Conference to a Status Conference. Counsel for parties shall be prepared to discuss the status of the case and whether scheduling discovery is appropriate at this time.